IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
(Charleston)

| | |
|---|---|
| Dianne Manno, Individually, and as Representative of the Estate of Patsy Manno | § § § MDL Docket No. 2:08-md-01968 § |
| Plaintiffs, | § § |
| VS. | § § Civil Action No. 2:09-cv-00782 |
| Actavis Totowa LLC, et al | § § |
| Defendants. | § § § |

## ORDER

BE IT REMEMBERED that on this the __13__ day of __August__, 2009, came on for consideration Plaintiff's Motion to Dismiss the above numbered case without prejudice and upon Order of the Court, it is hereby

ORDERED that all claims in the above action are DISMISSED without prejudice.

SIGNED this the __13th__ day of __August__, 2009.

_____
JUDGE PRESIDING